JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H AND S TOWING, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL LIABILITY AND FIRE INSURANCE COMPANY; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-05280-AB-AFMx<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 12, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.